UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> HERIBERTO LUCATERO-CAMPOS, <br> Defendant. | CASE NO.:  24-CR-01081-W <br><br> ORDER GRANTING JOINT MOTION TO CONTINUE MOTION SETTING HEARING |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Setting Hearing currently set for June 10, 2024, be continued to July 15, 2024, at 9:00 a.m. It is further ordered that time be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. §3161(h)(7)(A).

DATED: 5/31/24

Honorable Thomas J. Whelan
United States District Judge